UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

ALFRED HAMILTON DBA
HAMILTON ENTERPRISES AND
FRANCES HAMILTON DBA
HAMILTON ENTERPRISES

BANKRUPTCY NO.: 20-50020-MLO
CHAPTER 7
HONORABLE MARIA L. OXHOLM

DEBTORS
_____/

## ORDER TERMINATING AUTOMATIC STAY AS TO SANTANDER CONSUMER USA INC. AND FOR WAIVER OF PROVISIONS OF FRBP 4001(a)(3)

The parties having stipulated and agreed to entry of an order terminating automatic stay;

IT IS ORDERED that:

1) The Automatic Stay of 11 U.S.C. §362(a) is terminated as to Santander Consumer USA Inc. as to the 2016 Lincoln MKZ bearing Vehicle Identification Number 3LN6L2J96GR602644.

2) The Creditor is free to pursue its applicable non-bankruptcy remedies with respect to its interest in the subject vehicle.

3) Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived and the Creditor may immediately enforce and implement this Order.

**Signed on November 17, 2020**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**